# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2094

United States of America

Appellee

v.

Taliaferro D. Thompson, also known as Taliaferro Thompson

Appellant

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cr-00031-BCB-1)

---

**ORDER**

Appellant's appointed attorney has moved for leave to withdraw and has tendered a brief in conformance with <u>Anders v. California,</u> 386 U.S. 738(1967). The Clerk is directed to file the <u>Anders</u> brief.

Appellant is granted permission to file a pro se supplemental brief raising any additional issues he wishes the court to consider. This pro se supplemental brief is due October 8, 2024. The remainder of the briefing schedule is suspended pending review of the appellant's briefs pursuant to <u>Penson v. Ohio,</u> 488 U.S. 75 (1988).

Appointed counsel's motion to withdraw is held in abeyance pending the <u>Penson</u> review.

September 17, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Maureen W. Gornik