# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-2094
_____

United States of America

Plaintiff - Appellee

v.

Taliaferro D. Thompson, also known as Taliaferro Thompson

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cr-00031-BCB-1)
_____

**JUDGMENT**

Before GRUENDER, BENTON, and KOBES, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the appeal is dismissed in accordance with the opinion of this Court.

December 30, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

    /s/ Maureen W. Gornik