# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2094

United States of America

Appellee

v.

Taliaferro D. Thompson, also known as Taliaferro Thompson

Appellant

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cr-00031-BCB-1)

---

**MANDATE**

In accordance with the opinion and judgment of December 30, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 23, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit